1  WENDELL J. JONES, (# 202302)
   1901 South Bascom Avenue, Suite 333
2  Campbell, CA 95008
3  Telephone/ Facsimile: (408) 371-7589

4  Attorneys for Plaintiff
   ADALBERTO ZELAYA
5
6  Robert A. Bailey (#214688)
     rbailey@afrct.com
7  Leigh O. Curran (#173322)
     lcurran@afrct.com
8  ANGLIN, FLEWELLING, RASMUSSEN,
     CAMPBELL & TRYTTEN LLP
9  199 S. Los Robles Ave., Suite 600
   Pasadena, California 91101-2459
10 Tel: (626) 535-1900
11 Fax: (626) 577-7764

12 Attorneys for Defendant WELLS FARGO BANK, N.A.,
   successor by merger to Wells Fargo Bank, Southwest,
13 N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings
   Bank, FSB sued as "Wachovia now doing business as
14 Wells Fargo Bank, N.A." ("Wells Fargo")

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| ADALBERTO ZELAYA, | Case No.: 3:11-cv-04609-JCS |
| Plaintiff, | [Assigned to the Honorable Joseph C. Spero] |
| vs. | **STIPULATION TO DISMISSAL WITH PREJUDICE** |
| WACHOVIA now doing business as WELLS FARGO BANK, N.A., CAL-WESTERN RECONVEYANCE CORPORATION and Does 1 through 50, inclusive, | |
| Defendants. | |

This stipulation is entered into by and between Plaintiff ADALBERTO ZELAYA and Defendant Wells Fargo Bank, N.A, successor by merger to Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (sued as "Wachovia now doing business as Wells Fargo Bank, N.A.") ("Wells Fargo").

The parties acknowledge and agree that Wells Fargo is under no obligation to modify the loan that is the subject of this action, or review the loan for modification; however, Wells Fargo is willing to do so under the terms and conditions described below:

A. The subject of this action is the loan to plaintiff made by Wells Fargo's predecessor in interest, World Savings Bank, FSB (the "Loan"), which is secured by a deed of trust against the property located at 1600 El Verano Way, Belmont, California (the "Property").

B. Plaintiff acknowledges that he has previously requested a modification of the Loan, and that Wells Fargo reviewed the Loan and denied modification of the Loan in good faith.

C. Plaintiff desires that Wells Fargo perform an additional modification review.

D. Wells Fargo is agreeable to performing such review so long as plaintiff dismisses this action with prejudice.

The parties stipulate and agree:

1. This action shall be dismissed with prejudice upon the filing of this stipulation.

2. Plaintiff shall have seven (7) days to submit to Wells Fargo a written request for modification and all documentation required by Wells Fargo. Wells Fargo will perform a modification review of the Loan and will notify plaintiff of its decision on the modification request in writing.

3. No trustee's sale of the Property shall be held until at least 30 days after Wells Fargo's written notification of the decision regarding loan modification.

//
//
//

4. Counsels' facsimile signatures shall be the equivalent of original signatures for all purposes.

Date: October 28, 2011          WENDELL J. JONES


By: ___/s/ Wendell J. Jones___
Attorney for Plaintiff ADALBERTO ZELAYA


Date: October 28, 2011          ANGLIN, FLEWELLING, RASMUSSEN
                                CAMPBELL & TRYTTEN LLP


By: : ___/s/ Leigh O. Curran___
Defendant WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank, Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB sued as "Wachovia now doing business as Wells Fargo Bank, N.A."

Dated: 10/31/11

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document(s):

**STIPULATION TO DISMISSAL WITH PREJUDICE**

on all interested parties in said case addressed as follows:

*Served Electronically via The Court's CM/ECF System:*

| *Attorney for Plaintiff,*<br>*Adalberto Zelaya:* | *Attorneys for Defendant,*<br>*Cal-Western Reconveyance Corporation:* |
|---|---|
| Wendell J. Jones<br>1901 S. Bascom Avenue<br>Suite 333<br>Campbell, California 95008<br>Tel / Fax: (408) 371-7589 | Robin P. Wright (#150984)<br>rwright@wrightlegal.net<br>Nicole K. Neff (#257964)<br>nneff@wrightlegal.net<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, California 92660<br>Tel. (949) 477-5050; Fax (949) 477-9200 |

☐ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

☒ FEDERAL: I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **October 28, 2011.**

Kimberly Wooten
(Print name)

/s/ Kimberly Wooten
(Signature)